## Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted March 17, 1964.

*Fred Jones,* appellant, in propria persona; *Paul R. Sand,* Assistant District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Kiefaber, Appellant, *v.* Rundle.

Submitted March 18, 1964.

*William Kiefaber,* appellant, in propria persona; *Ward F. Clark,* Assistant District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Kloiber, Appellant, *v.* Myers.

Submitted March 16, 1964.

*William Kloiber,* appellant, in propria persona; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for appellee.

Order affirmed.